# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID KRAMER AND HENRY
WARREN

NO. 2025 CW 0093

VERSUS

TOBY L. STRAHAN, DRM
EQUIPMENT, LLC, PROGRESSIVE
AUTOMOBILE INSURANCE COMPANY

JANUARY 27, 2025

---

In Re: Host Terminals, LLC, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 44779.

---

BEFORE: PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

**STAY DENIED; WRIT DENIED.** The court declines to exercise its supervisory jurisdiction.

AHP
TPS
CAC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1]Calloway, J., serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.